SEBASTIANO SGROI, Respondent, v. WAVERLY PLACE Co., Appellant.— Action to recover damages for personal injuries sustained by plaintiff as the result of a

collision between his pushcart and defendant's auto truck. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty Johnston, Adel and Close, JJ.